UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| v.  } | CASE NO. 5:18-cr-605-HNJ |
| } | |
| ANA WOODARD FRANKLIN } | |

## ORDER

The Court held a hearing on November 12, 2019, regarding the terms and conditions of supervision as to Defendant Ana Woodard Franklin that were imposed on October 17, 2019, in particular the condition that prohibits defendant from possessing a firearm.

Upon consideration of the defense counsel's proffer, the government's response thereto, and the court's reliance on the applicable statutes, United States Sentencing Guidelines, and case law construing the legal principles, as addressed on the record, the court **ORDERS** that the conditions of defendant's probation are **MODIFIED** to include the following condition: The defendant shall be allowed to possess ONE (1) firearm on her property for security purposes. When not in use, the firearm shall be kept in a locked safe.

All other conditions of defendant's probation shall remain in full force and effect.

**DONE** this 15th day of November, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE